## Swartley et al., Appellants, *v.* Baird

Argued May 10, 1943.  Before MAXEY, C. J.; DREW, LINN, STERN, PATTERSON, PARKER and STEARNE.

614

616

*Harry Shapiro,* for appellants.

*George W. Keitel,* Deputy Attorney General, with him *John E. Stevenson,* Special Deputy Attorney General, *James H. Duff,* Attorney General, and *Maxwell E. Verlin,* for appellee.

PER CURIAM, June 30, 1943:

The facts and the law are fully stated in the opinion of President Judge SMITH and Judge ALESSANDRONI and upon that opinion the order of the court below will be affirmed.

Order affirmed at appellants' cost.